

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SPECIAL HAPPY, LTD., <br>     Plaintiff/Counterdefendant, <br> v. <br> LINCOLN IMPORTS, LTD, INC., <br>     Defendant/Counterclaimant. | Case No. SACV 09-00074-MLG <br><br> [~~PROPOSED~~] PERMANENT INJUNCTION |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and in accordance with the Court's Order Granting Defendant Lincoln Imports' Motion for Entry of Default as a Terminating Sanction (Dkt. No. 74), it is hereby ORDERED as follows:

Plaintiff and Counterdefendant Special Happy, Ltd., its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order, are hereby restrained and enjoined, pursuant to Federal Rule of Civil Procedure 65(d) and 35 U.S.C. § 283, from making in the United States, using in the United States, selling or offering for sale in the United States, or

1

importing into the United States products which include a collapsible Christmas tree stand with rotatable legs mounted on a tube and a sleeve, and locked in place with a bolt (the "Infringing Products" as more fully described herein), and any other collapsible Christmas tree stand that is not more than colorably different therefrom.

The Infringing Products are further identified as collapsible Christmas tree stands as included with the following products:

1. 7.5'H x 46"D Everglow Golden Pine Tree x1242 (item number Y8E175-GR/GO) offered for sale and/or sold by Allstate Floral & Craft, Inc.;

2. 7.5'H x 46"D Mixed Pine Tree x1707 (item number Y8L675-GR) offered for sale and/or sold by Allstate Floral & Craft, Inc.;

3. 7.5'H x 43"D Mixed Pine Tree x1321 (item number Y8N275-GR) offered for sale and/or sold by Allstate Floral & Craft, Inc.;

4. 7.5'Hx61"D Irregular Fir Tree x1300 (item number Y8S675-GR) offered for sale and/or sold by Allstate Floral & Craft, Inc.;

5. 7.5'Hx62"D Weeping Bb Pine Tree x1038 (item number Y8V775-GR) offered for sale and/or sold by Allstate Floral & Craft, Inc.;

6. Item number YTE075-GR offered for sale and/or sold by Allstate Floral & Craft, Inc;

7. Santa's Own Pencil Pine 7.5' (part number PP75PKLPK) offered for sale and/or sold by ATP Leisure, LLC d/b/a Santa's Own; and

8. 7.5' x 61" Mix Summitt Lake Tree 1461T / 750L (SKU #173076, UPC #731937730769, Factory #8DQD-T75-02DELC) offered for sale and/or sold by Direct Export Company.

In addition, the Infringing Products are identified as the Collapsible Christmas tree stands as shown in the drawings and photographs below.



FIG. 2

1. U.S. Patent No. 6,138,977
Special Happy's Supplemental Responses to Lincoln Imports' Discovery, Ex. B
(served Oct. 15, 2010)



**2. Unlabeled Drawing of Metal Tree Stand**
Special Happy's Supplemental Responses to Lincoln Imports' Discovery, Ex. B
(served Oct. 15, 2010)

**3. Instructions for Metal Base**
Special Happy's Supplemental Responses to Lincoln Imports' Discovery, Ex. B
(served Oct. 15, 2010)



❖Y8G375
7.5'Hx60"D Wintergreen Pine Tree x1582 w/Cones
& 700 Clear Lights on Metal Stand
1 ea./1 ea.

4. "N" Design Metal Stand
(Not Identified But Shown in Allstate Document Production)



**INSTRUCTIONS FOR METAL BASE**
Includes 2 screws in Polybag



US PAT# 6,138,977



5. "S/O" Design Metal Stand
(Not Identified and Not Shown in any Document Production)

 

6. "Plain" Design Metal Stand
(Not Identified and Not Shown in any Document Production)

Dated: 8/8/11

Marc L. Goldman
United States Magistrate Judge