JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SPECIAL HAPPY, LTD., | Case No. SACV 09-074-MLG |
| Plaintiff, | JUDGMENT |
| v. | |
| LINCOLN IMPORTS, LTD., | |
| Defendant. | |

In accordance with the order filed on July 6, 2011, IT IS ORDERED AND ADJUDGED that the Complaint filed by Plaintiff and Counter-Defendant Special Happy, Ltd., be DISMISSED with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that Judgment be entered in favor of Defendant and Counter-Plaintiff Lincoln Imports, Ltd., on its counter-claim in the amount of $450,000.00.

IT IS FURTHER ORDERED AND ADJUDGED that Judgment be entered in favor of Defendant and Counter-Plaintiff Lincoln Imports, Ltd., of an additional amount of $108,692.58 in costs and attorney fees arising Plaintiff's discovery abuses. In directing judgment in this amount, the Court has determined that the number of hours expended

and the hourly rate sought by Lincoln Imports in investigating and litigating the issue of Special Happy's deliberate and wilful litigation misconduct were reasonable and necessary.

Accordingly, IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Defendant and Counter-Plaintiff Lincoln Imports, Ltd., in the total amount of $558,652.58.

Dated: August 8, 2011

_____
Marc L. Goldman
United States Magistrate Judge